EASTERN DISTRICT OF TENNESSEE

IN RE: UNCLAIMED FUNDS  CHAPTER 13
January 31, 2021

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS TO THE CLERK OF THE COURT

The following checks have been outstanding for more than 90 days and Pursuant to 11 U.S.C.O. Section 347 the funds are being paid to the Clerk of the Court as unclaimed funds.

| Check Number | Claim Number | Case Number | Payee Name & Address | Amount |
|---|---|---|---|---|
| Leroy Edward Combs | | | | |
| 2095415 | 999/401 | 16-11521 SDR | Leroy Edward Combs<br>105 Wilson Street<br>Benton, TN. 37307 | $1,239.83 |

Total  $1,239.83

Kara L. West, Trustee